

ORIGINAL

**FILED**

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0700

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0700

**FILED**

OCT 11 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JEREMY LOOK,

    Cross-Claimant and Appellant,

v.

CASEY McGOWAN, MEGAN McGOWAN and
KAREN SPAWN McGOWAN,

    Cross-Defendants and Appellees.

O R D E R

Upon consideration of Appellant's Motion for Extension to File Petition for Rehearing and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall have up to and including October 26, 2023, to file his petition for rehearing.

DATED this 11 day of October, 2023.

For the Court,

_____
Chief Justice